```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 46291
    MARGARET A THOMAS
                                            CHAPTER 13

                                            JUDGE: A BENJAMIN GOLDGAR

        Debtor
    SSN XXX-XX-0049

-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
    The case was filed on 12/16/2004 and was confirmed 02/01/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 01/17/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                              PAID        PAID
-----------------------------------------------------------------------------
ARCADIA FINANCIAL          SECURED            5300.00        424.92      5300.00
ARCADIA FINANCIAL          UNSEC W/INTER      4629.45        530.31      4629.45
COUNTRYWIDE HOME LOANS     CURRENT MORTG          .00           .00          .00
CHRIST HOSPITAL            UNSEC W/INTER    NOT FILED          .00          .00
VAN RU CREDIT CORPORATIO   NOTICE ONLY      NOT FILED          .00          .00
CITY OF JOLIET             UNSEC W/INTER    NOT FILED          .00          .00
CAB SERVICES               UNSEC W/INTER       220.00         24.80       220.00
MCI CONSUMER MARKETS       UNSEC W/INTER    NOT FILED          .00          .00
MONTRONICS INTL INC        UNSEC W/INTER    NOT FILED          .00          .00
MONTGOMERY WARD            UNSEC W/INTER    NOT FILED          .00          .00
PEOPLES GAS LIGHT & COKE   UNSEC W/INTER          .00           .00          .00
SEARS ROEBUCK & CO         UNSEC W/INTER    NOT FILED          .00          .00
CBUSA SEARS                NOTICE ONLY      NOT FILED          .00          .00
UNITED CONSUMER FINANCIA   UNSEC W/INTER      1536.67        157.21      1536.67
UNIVERISTY OF CHICAGO      UNSEC W/INTER    NOT FILED          .00          .00
I C COLLECTION SERVICE     NOTICE ONLY      NOT FILED          .00          .00
LEDFORD & WU               DEBTOR ATTY        2,500.00                   2,500.00
TOM VAUGHN                 TRUSTEE                                         873.11
DEBTOR REFUND              REFUND                                        1,141.03

    Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE             17,337.50

PRIORITY                                          .00
SECURED                                      5,300.00
    INTEREST                                   424.92
UNSECURED                                    6,386.12
    INTEREST                                   712.32
ADMINISTRATIVE                               2,500.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 46291 MARGARET A THOMAS
```

```
TRUSTEE COMPENSATION                                              873.11
DEBTOR REFUND                                                   1,141.03
                                        ----------------    ----------------
TOTALS                                         17,337.50           17,337.50
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
   Dated: 04/24/08                    _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE